IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN MARIE ATTRIDGE, | § | |
| *Plaintiff,* | § | |
| vs. | § | SA-20-CV-00205-OLG |
| COLONIAL SAVINGS F.A., | § | |
| *Defendant.* | § | |

## ADVISORY OF OUTCOME OF MEDIATION

On January 3, 2022, this matter was referred to the undersigned to conduct a non-binding settlement conference/mediation with the parties. On April 1, 2022, the undersigned held a mediation at which the parties and their counsel appeared and participated. The undersigned advises the District Court that the case **DID NOT SETTLE** in mediation. The case is **RETURNED** to the District Court to be set for a jury trial.

SIGNED this 5th day of April, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE