IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANN MARIE ATTRIDGE, § | |
| § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 5:20-cv-00205-OLG |
| § | |
| COLONIAL SAVINGS, F.A. and § | |
| TRANSUNION, LLC, § | |
| § | |
| **Defendant.** § | |

## DEFENDANT COLONIAL SAVINGS, F.A.'S
## TRIAL WITNESS LIST

COMES NOW Defendant Colonial Savings, F.A. ("Colonial" or "Defendant") and, pursuant to Local Rule CV-16(f) and the current scheduling order, files this Trial Witness List.

Plaintiff's witnesses:

### I. Will Present

(1) Jane Larkin
Vice President and Corporate Representative
Colonial Savings, F.A.
c/o Mark D. Cronenwett
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650

The witness is expected testify as to the loan agreement and the servicing of the loan, transfers and assignments of the loan documents, servicing rights of the loan, payment history on the loan, communications with Plaintiff Ann Marie Attridge ("Plaintiff"), procedures and policies for credit reporting on loans, credit reporting on the loan, and communications regarding credit reporting and the loan.

(2) Deanzala Johnson
Credit Reporting Specialist
Colonial Savings, F.A.
c/o Mark D. Cronenwett
Mackie Wolf Zientz & Mann, P.C.

14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650

The witness is expected testify as to the loan agreement and the servicing of the loan, transfers and assignments of the loan documents, servicing rights of the loan, payment history on the loan, communications with Plaintiff, procedures and policies for credit reporting on loans, credit reporting on the loan, and communications regarding credit reporting and the loan.

(3) Dean B. Binder
Binder Group Consulting, LLC
2290 Kirkstone Drive
Buford, GA  30519
(678) 568-1361

Mr. Binder is expected to testify as to the credit reporting in the mortgage industry that is the subject matter in the current lawsuit. Mr. Binder is expected to testify to the reasonableness of Colonial's investigating into Plaintiff's complaints and the propriety of Colonial's credit reporting and responses to the complaints raised by Plaintiff. Mr. Binder may also rebut expert testimony on the industry credit reporting furnished by other experts' testimony, if any.

(4) Kathleen E. Hands, M.D., F.A.C.E., ECNU
3200 Broadway, Blvd., Suite 268
Garland, TX  75043
(972) 295-9510

Dr. Hands is expected to testify to the medical damages claimed by Plaintiff in the current lawsuit. Dr. Hands will also testify to whether any conduct of Colonial as alleged by Plaintiff caused her to suffer the injuries and mental anguish she alleges in this suit.  Dr. Hands may also rebut expert testimony on the medical issues and damages claimed by Plaintiff furnished by other experts' testimony, if any.

(5) Mark D. Cronenwett
Mackie Wolf Zientz & Mann, P.C.
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650

Mr. Cronenwett is expected to testify regarding attorney fees.  Mr. Cronenwett may rebut expert testimony on attorney fees furnished by other parties' experts, if any.

**II. May Call if the Need Arises**

(6) Ann Marie Attridge
Plaintiff
c/o William M. Clanton

   Law Office of Bill Clanton, PC
   926 Chulie Drive
   San Antonio, TX 78216
   (210) 226-0800

(7) Michael Attridge
   c/o William M. Clanton
   Law Office of Bill Clanton, PC
   926 Chulie Drive
   San Antonio, TX 78216
   (210) 226-0800

(8) Ian Wilson
   c/o William M. Clanton
   Law Office of Bill Clanton, PC
   926 Chulie Drive
   San Antonio, TX 78216
   (210) 226-0800

(9) Mary Lou Kubena
   c/o William M. Clanton
   Law Office of Bill Clanton, PC
   926 Chulie Drive
   San Antonio, TX 78216
   (210) 226-0800

(10)   Charlotte Widick
   Root Causes Medicine
   19026 Ridgewood Parkway, Suite 119
   San Antonio, TX 78259

(11)   Arthur Guerrero, M.D.
   7323 N. Loop 1604 East, Suite 601
   San Antonio, TX 78233

(12)   Obinna Uzowulu, M.D.
   22250 Bulverde Road, Suite 111
   San Antonio, TX 78261

(13)   Dr. Evangeline Ramos-Gonzales
   1355 Central Parkway South, Suite 400
   San Antonio, TX 78232

(14)   Corporate Representative of TransUnion
   c/o Lauren Wood
   Attorney at Law

      Quilling, Selander, Lownds, Winslett & Moser, P.C.
      6900 N. Dallas Parkway, Suite 800
      Plano, TX 75024
      214-871-2100 (Main)

(15)    Jennifer Struve
      Pentagon Federal Credit Union
      19500 Bulverde Rd Bldg. 1
      San Antonio, TX 78259

In addition, Defendant designates all witness listed or called by all other parties, any witnesses who may be required to testify in rebuttal, and any witness required to authenticate exhibits.

                                Respectfully submitted,

By:  */s/ Mark D. Cronenwett*
      **MARK D. CRONENWETT**
      Attorney in Charge
      Texas Bar No. 00787303
      mcronenwett@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 N. Dallas Parkway, Suite 900
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 (Fax)

**ATTORNEYS FOR DEFENDANT COLONIAL SAVINGS, FA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022 a true and correct copy of the foregoing was served via ECF notification on the following counsel of record:

William M. Clanton
Law Office of Bill Clanton, PC
926 Chulie Drive
San Antonio, TX 78216
210-226-0800
210-338-8660 FAX
bill@clantonlawoffice.com

                                             */s/ Mark D. Cronenwett*
                                             **MARK D. CRONENWETT**