Case 5:20-cv-00205-OLG Document 86 Filed 08/02/22 Page 1 of 1

FILED
August 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN MARIE ATTRIDGE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-20-CV-00205-OLG |
| COLONIAL SAVINGS F.A., | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Colonial Savings, F.A.'s Motion for Leave to Allow Trial Testimony by Zoom regarding the testimony of defense expert Mr. Dean Binder. Dkt. No. 81. Plaintiff has filed a response, *see* Dkt. No. 82, and the Court heard the arguments of counsel at the Final Pretrial Conference on July 27, 2022. Having considered the record and applicable law, the Court finds that the motion should be **GRANTED**. Defendant shall be prepared to efficiently present its case at trial to minimize any delays between its proffered witnesses. Plaintiff may propose an instruction for the jury regarding the remote testimony if she believes it necessary.

It is so **ORDERED**.

SIGNED this 2 day of ~~July~~ Aug., 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE