UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN MARIE ATTRIDGE | § | |
| | § | CIVIL NO: |
| vs. | § | SA:20-CV-00205-OLG |
| | § | |
| COLONIAL SAVINGS F.A., | § | |

## ORDER SETTING JURY SELECTION/TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION/TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, January 09, 2023 at 09:30 AM**. All parties and counsel must appear.

    IT IS SO ORDERED this 26th day of October, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE