FILED
October 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN MARIE ATTRIDGE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. SA-20-CV-00205-OLG |
| COLONIAL SAVINGS F.A., | § | |
| Defendant. | § | |

# ORDER

Before the Court are Defendant Colonial Savings F.A.'s Motion in Limine (Dkt. No. 61) and Plaintiff Ann Marie Attridge's Amended Motion in Limine (Dkt. No. 71). The Court held a pretrial conference on July 27, 2022, and the parties informed the Court that there were no objections to either motion. Accordingly, it is **ORDERED** that Defendant's Motion in Limine (Dkt. No. 61) and Plaintiff's Amended Motion in Limine (Dkt. No. 71) are **GRANTED**.

It is so **ORDERED**.

**SIGNED** this  31st  day of October, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge