# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN MARIE ATTRIDGE | § | |
| | § | CIVIL NO: |
| vs. | § | SA:20-CV-00205-OLG |
| | § | |
| COLONIAL SAVINGS F.A., | § | |
| TRANSUNION, | | |

## ORDER RESETTING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION/TRIAL** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, March 13, 2023 at 09:30 AM**.

IT IS SO ORDERED this 4th day of January, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE