IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Ann Marie Attridge | § | |
| *Plaintiff* | § | Civil Action No.: |
| | § | |
| | § | 5:20-cv-00205-OLG |
| | § | |
| v | § | |
| | § | |
| | § | |
| Colonial Savings, F.A. and | § | |
| Trans Union, LLC | § | |
| *Defendants* | § | |
| | § | |

**Notice of New Authority Relating to Plaintiff's Motion to Reconsider Dkt. No. 99**

Please take notice of the opinion issued on March 15, 2024 by the

Fifth Circuit in *Calogero v. Shows*. No. 22-30487, --- F.4ᵗʰ ----, 2024 WL 1123244,

2024 U.S. App. LEXIS 6338 (5th Cir. 2024), which relates to the core issue in the

pending motion whether evidence of emotional distress satisfies the concreteness

requirement for standing as established in *Perez v. McCreary, Veselka, Bragg &*

*Allen, P.C.*, 45 F.4th 816 (5th Cir. 2022), and *TransUnion LLC v. Ramirez*, 141 S.

Ct. 2190 (2021).

Dated: March 19, 2024                    Respectfully Submitted,

                                         */s/William M. Clanton*
                                         William M. Clanton
                                         Texas Bar No. 24049436

                                         Law Office of Bill Clanton, P.C.
                                         926 Chulie Drive
                                         San Antonio, Texas 78216
                                         Phone: (210) 226-0800
                                         Fax: (210) 338-8660
                                         Email: bill@clantonlawoffice.com